RELIANCE CONSTRUCTION LTD., Doing Business as RCG GROUP, INC., Respondent, v JIM KENNELLY, Also Known as JAMES P. KENNELY, et al., Appellants.

Submitted July 19, 2010; decided September 23, 2010

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution (*see Burke v Crosson,* 85 NY2d 10, 18 n 5 [1995]).

In the Matter of the STATE OF NEW YORK, Respondent, v DANIEL FARNSWORTH, Appellant.

Decided September 23, 2010

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that the order appealed from does not finally determine the proceeding within the meaning of the Constitution.